**Order entered February 24, 2021**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-20-00116-CR

**MOISES ISMAEL VASQUEZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 5**
**Dallas County, Texas**
**Trial Court Cause No. F18-47148-L**

## ORDER

Before the Court is the State's February 22, 2021 motion for an extension of time to file its brief. We **GRANT** the motion and **ORDER** the State's brief received with the motion filed as of the date of this order.

/s/     ERIN A. NOWELL
        JUSTICE